USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/17/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOZZUTO,<br><br>                              Plaintiff,<br><br>         -against-<br><br>UNITED STATES OF AMERCA,<br><br>                              Defendant. | 1:16-cv-07149-ALC<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 19, 2020, the Court issued an Order to Show Cause why Mr. Bozzuto should not be deemed to have waived his right of reply to the Government's opposition to his motion and why the Court should not dismiss this claim as moot in light of Mr. Bozzuto's release from prison on October 19, 2018. ECF No. 7.

Defendant is ORDERED to file proof of service of that August 19, 2020 Order, and Defendant's opposition, on Mr. Bozzuto by September 22, 2020. In the event Defendant has not yet served the order, as opposed to simply not having filed proof of service, the Parties' time to file written responses to the August 19, 2020 Order will be extended to October 8, 2020. The Court respectfully directs the Clerk of Court to docket this Order in the related criminal matter, Case No. 1:16-cv-07149-ALC.

**SO ORDERED.**

**Dated**:   **September 17, 2020**
            **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**